An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CLARK COUNTY,
                    Appellant,
            vs.
MARK TANSEY,
                    Respondent.

No. 66078

FILED

DEC 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
    DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Chief Judge, The Eighth Judicial District Court
      Hon. Joseph T. Bonaventure, Senior Judge
      Clark County District Attorney
      Clark County District Attorney/Civil Division
      Law Office of Daniel Marks
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-41702